**Order entered May 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01072-CR

**EXZAYVIA COSBY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-01027-U**

## ORDER

The Court **REINSTATES** the appeal.

On April 17, 2014, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On April 24, 2014, we received the reporter's record of the hearing conducted on our order. During the hearing, it was determined that the clerk's record does not contain a copy of the jury charge from the guilt phase of trial because it was not scanned into the OnBase system after trial. The record further reflects that the parties agreed that the record could be supplemented with an unsigned copy of the jury charge. A copy of that charge was not included in the reporter's record, but the judge indicated it would be included in a clerk's record. We have not yet received a supplemental clerk's record containing the trial court's findings or the substituted charge. We have, however, received appellant's brief.

Accordingly, we **ORDER** appellant's brief filed as of the date of this order.

We **ORDER** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing the trial court's written findings regarding the substituted charge and a copy of the substituted charge.

We **ORDER** Peri Wood, official court reporter of the 291st Judicial District Court, to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit nos. 33, 34, 35, 36, 38, 39, and 138, CDs and DVDs.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Jennifer Balido, Presiding Judge, 291st Judicial District Court; Peri Wood, official court reporter, 291st Judicial District Court; Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/    LANA MYERS
        JUSTICE